IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | |
| ) | 4:07CR3060 |
| v.   )<br>) | |
| TRACY GARRETT BIGGERS, )<br>) | MEMORANDUM AND ORDER |
| Defendant. )<br>) | |

    A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 21.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted only the allegations that he failed to report to drug treatment as directed and that he failed to keep Pretrial Services advised of his whereabouts.  I therefore find that those allegations of violation of the order of release are true.  The other allegations are dismissed.

    Regarding disposition, the government sought detention.  I agree that detention is appropriate.

    IT THEREFORE HEREBY IS ORDERED,

    The previous order of release, filing 10, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

    DATED September 27, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge