IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TRACY GARRETT BIGGERS, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of both parties,

IT IS ORDERED that the defendant's sentencing is continued to Friday, October 12, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 5, 2007.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge